# SANDOVAL v. UTAH.

No. 1107, Misc.   Decided June 12, 1967.

*Jimi Mitsunaga* for petitioner.

*Phil L. Hansen,* Attorney General of Utah, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Supreme Court of Utah in light of the representations of the Attorney General that the petitioner was entitled to the transcription of the mechanical recording of the juvenile court hearing at the expense of the Salt Lake County or other governmental entity having jurisdiction.